IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BAHA MARCUS,<br><br>           Plaintiff,<br><br>vs.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, and CSL BEHRING, LLC,<br><br>           Defendants. | 4:24CV3096<br><br>**ORDER OF DISMISSAL** |

This matter is before the Court on the Joint Stipulation of the parties to dismiss Defendant CSL Behring, LLC, subject to the agreed-upon terms listed in the stipulation. (Filing No. 17).

**IT IS ORDERED:**

1. The parties' joint stipulation to dismiss Defendant CSL Behring, LLC without prejudice is approved. (Filing No. 17).

2. The Clerk is ordered to terminate CSL Behring, LLC as a defendant.

Dated this 30th day of July, 2024.

                                                        BY THE COURT:

                                                        Susan M. Bazis
                                                        United States District Judge