## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

**BAHA MARCUS,**

     **Plaintiff,**

  vs.

**THE LINCOLN NATIONAL LIFE
INSURANCE COMPANY,**

     **Defendant.**

     **4:24CV3096**

     **ORDER**

This case is before the court on the parties' Rule 26(f) Report (Filing No. 22), and following a telephone conference held on August 15, 2024, before Magistrate Judge Michael D. Nelson. This being an ERISA case, the matter is appropriate for dispositive motions. Accordingly,

  **IT IS ORDERED:**

  1.  The parties shall have until **December 13, 2024**, to file the administrative record and applicable plan documents.

  2.  The defendant shall have until **February 14, 2025**, to file a motion and brief to affirm the administrator's decision.

  3.  The plaintiff shall have until **March 14, 2025**, to respond to the defendant's motion.

  4.  The defendant shall have until **March 28, 2025**, to file a reply.

  5.  The plaintiff shall have until **April 11, 2025**, to file a sur-reply.

  6.  Should the court require any further proceedings in the matter, the parties will be notified by the court.

  Dated this 15th day of August, 2024.

     BY THE COURT:

     s/ Michael D. Nelson
     United States Magistrate Judge