IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BAHA MARCUS, | |
| Plaintiff, | 4:24CV3096 |
| vs. | |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, | ORDER |
| Defendant. | |

IT IS ORDERED that Plaintiff's Unopposed Motion to Extend (Filing No. 33) is granted and the briefing schedule as to Filing No. 30 is amended as follows:

1) Plaintiff shall have until March 28, 2025 to respond to the defendant's motion to affirm the administrator's decision.

2) Defendant shall have until April 11, 2025 to file a reply.

3) Plaintiff shall have until April 25, 2025 to file a sur-reply.

Dated this 10th day of March, 2025.

BY THE COURT:

s/ Ryan C. Carson

United States Magistrate Judge